MILDRED I. WATERMAN *v.* NEWINGTON ZONING BOARD
OF APPEALS ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*William V. Dworski* and *Edward G. Pizzella,* in support of the petition.

Submitted December 21, 1973—decided January 15, 1974

STATE OF CONNECTICUT *v.* EDDIE J. ECHOLS

The defendant's motion for a review by this court of the trial court's order denying reduction of his appeal bond in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*John R. Williams,* special public defender, in support of the motion.

Submitted January 8—decided January 23, 1974

NORMAN GRODY, ADMINISTRATOR, ET AL. *v.* GEORGE
A. TULIN ET AL.

The plaintiffs' motion in the appeal from the Superior Court in Hartford County for a review by this court of the trial court's refusal to rectify the appeal is granted and the relief sought therein is denied without prejudice to the right of the plaintiffs to attack the finding on appeal.

*Joel M. Ellis,* in support of the motion.